

**U.S. Department of Justice**

**KAREN P. HEWITT**
United States Attorney
Southern District of California

(619) 557-6775
Fax (619) 235-2757

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
321 South Waterman Avenue
Room 204
El Centro, California 92243-2215

08 MAY -8 AM 9: 05

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT
BY:                    DEPUTY

## NOTICE TO APPEAR      08 MJ 1446

RE:   UNITED STATES OF AMERICA,
              v.
      Dawn Michelle Andrews

Magistrate Case No. _____
For Violation of:
Title 18 U.S.C. §656

You are hereby notified that your case will be called for arraignment on Tuesday, May 13, 2008, at 3:00 pm, in the United States Magistrate Court, United States Courthouse, 940 Front Street, San Diego, California, 92101. You should report to the courtroom of the Duty Magistrate (the Honorable Cathy Ann Bencivengo) for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have funds to hire an attorney, you may qualify for appointed counsel. If you think you qualify for court-appointed counsel, it is suggested that you report to Federal Defenders of San Diego, Inc., located in the NBC building, 225 Broadway, Suite 900, San Diego, California, 92101, telephone: (619) 234-8467, approximately one and one half (1 ½) hours before your scheduled court appearance to speak with an attorney.

KAREN P. HEWITT
United States Attorney

_____
DAVENE L. FINNEL
Special Assistant United States Attorney

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: _Dawn Andrews_

Presented by: _Jeffry B. Horner_     Dated: _4-25-08_
              (Agent's Name)

_F.B.I._
(Agency)

_760-535-9701_
(Agent's Telephone No.)