

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Complaint No. 08MJ1446-CAB

Indictment / Information No. 

UNITED STATES OF AMERICA

vs.

DAWN MICHELLE ANDREWS

CONSENT TO BE TRIED BY
A U.S. MAGISTRATE JUDGE

The undersigned defendant charged with
18 U.S.C. 656 - Misapplication of Funds by Bank Employee,

a misdemeanor against the laws of the United States in the Southern District of California appearing before the Hon. Cathy Ann Bencivengo, United States Magistrate Judge who has fully apprised the defendant of the right to elect to trial, judgment and sentencing by a District Judge of the United States District Court, which has jurisdiction of the offense, and explained the consequences of this consent, does hereby consent to be tried before the Magistrate Judge on the charge hereinbefore stated, as authorized by Section 3401 of Title 18 of the United States Code and waives trial, judgment and sentencing by a District Judge.

The undersigned defendant, having been fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, does hereby waived the right to trial by jury and requests the Court to try all charges in the case without a jury.

Yes  X   No _____  (Initial One)

Dated: 5-13-08

_____
Witness

_____
Defendant

K:\COMMON\CSA\forms\2005\consent_misd.wpd